FILED

2015 Jan-05  AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 31, 2014

Sharon Harris
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number:  13-15168-BB
Case Style: Charlette Jackson v. UPS
District Court Docket No: 2:12-cv-01753-WMA

A copy of this letter, and the judgment form if noted above, but not a copy of the court's
decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision
was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion
was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to:  Brenda H. McConnell
Phone #:  (404) 335-6209

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 13-15168

_____

District Court Docket No.
2:12-cv-01753-WMA

CHARLETTE SWANN JACKSON,

                                        Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE, INC.,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 20, 2014
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE:  12/31/2014

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. _____ 13-15168

Charlette Swann Jackson _____ vs. United Parcel Service, Inc. _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | x | | 73 | 8 ✓ | 584 | 88.00 | 88.00 |
| Reply Brief | | | | | | | |
| Supplemental Record | x | | 18 | 3 ✓ | 54 | 8.00 | 8.00 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | | $96.00 | $ 96.00 |
| | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _____

Attorney Name: Lisa H. Cassilly
(Type or print your name)

E-mail: lisa.cassilly@alston.com

Street Address/City/State/Zip: Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309-3424

Date Signed: 11/24/2014

Attorney for: United Parcel Service, Inc.
(Type or print name of client)

Phone: 404-881-7000

## FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $96.00 against Appellant

and are payable directly to Appellee

John Ley, Clerk of Court

By: Tresa Porter
Deputy Clerk

DATE: 11/25/14

BOC 3/13